UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| REGINALD V. TAYLOR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:13CV1938 SPM |
| | ) | |
| JENNIFER SACHSE, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges a 2012 conviction for domestic assault. Petitioner filed a motion for postconviction relief under Missouri Court Rule 24.035, and that motion is currently pending in the Circuit Court for St. Louis County. Taylor v. Missouri, No. 13SL-CC00427 (21st Judicial Cir.).

Before federal habeas relief can be granted, a person in state custody is required to exhaust available state remedies. 28 U.S.C. § 2254(b)(1). In this case, petitioner has failed to exhaust his available remedies because his postconviction-relief motion is currently before the state court. As a result, the Court will order petitioner to show cause why this case should not be summarily dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than twenty-one days from the date of this Order, petitioner shall show cause why this action should not be summarily dismissed.

**IT IS HEREBY ORDERED** that if petitioner fails to respond to this Order, the Court will dismiss this action without prejudice.

Dated this  8th    day of October, 2013.


/s/ Shirley Padmore Mensah
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE